**Jonathan G. Basham**, OSB # 90038
JONATHAN G. BASHAM, P.C.
745 NW Mt. Washington Drive, Suite 308
Bend, OR 97701
TEL: (541) 385-0914
FAX: (541) 395-0988
EMAIL: jgbasham100@bendbroadband.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RTT Corporation, an Oregon Corporation, doing business as Rocky Mountain Products, <br><br> Plaintiff, <br><br> v. <br><br> Brenntag Pacific, Inc., a Delaware Corporation, <br><br> Defendant. | Civil No.: 08-CV-6291-AA <br><br> **PLAINTIFF'S ANSWER TO COUNTERCLAIM** |

Plaintiff RTT Corporation ("RTT"), by and through its attorney Jonathan G. Basham, hereby answers the Counterclaim filed by Defendant as follows:

### ANSWER TO COUNTERCLAIM

1.   RTT incorporates each and every allegation of its Complaint.

2.   Admit.

3.   Denied.

4.   Denied.

5.   Denied.

6.   Denied.

7.   Denied.

Jonathan G. Basham, P.C.
745 NW Mt. Washington Drive, Suite 308
Bend, OR 97701
Telephone: (541) 385-0914

PLAINTIFF'S ANSWER TO
COUNTERCLAIM          Page 1

WHEREFORE, plaintiff RTT hereby demands judgment in its favor and against defendant on defendant's counterclaim together with attorney fees, costs, and any other relief that the Court deems just and proper.

### AFFIRMATIVE DEFENSE

1. RTT incorporates each and every allegation of its Complaint herein.

2. RTT's damages arise out of the contract alleged in defendant's counterclaim.

3. RTT's damages caused by defendant's conduct far exceed any amount of damages claimed by defendant in its counterclaim.

4. RTT is entitled to recoupment of its damages from any amount defendant would otherwise have been entitled under the contract between the parties.

WHEREFORE, plaintiff RTT hereby demands judgment in its favor and against defendant on defendant's counterclaim together with attorney fees, costs, and any other relief that the Court deems just and proper.

DATED this 3rd of December, 2008.

JONATHAN G. BASHAM, P.C.


By /s/ Jonathan G. Basham
　　Jonathan G. Basham, OSB# 90038
　　Telephone: (541) 385-0914
　　Attorney for Plaintiff