Leta E. Gorman, OSB #984015
E-Mail: leta.gorman@bullivant.com
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Brenntag Pacific, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| RTT CORPORATION, an Oregon corporation, doing business as Rocky Mountain Products,<br><br>Plaintiff,<br><br>v.<br><br>BRENNTAG PACIFIC, INC., a Delaware corporation,<br><br>Defendant. | Civil No.: 08-CV-6291-AA<br><br>**DEFENDANT BRENNTAG PACIFIC, INC.'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>**<u>Oral Argument Requested</u>** |

### I.  LR 7.1 COMPLIANCE

Pursuant to LR 7.1, (a)(1)(A), the undersigned certifies that she has conferred with counsel for plaintiff RTT Corporation through a telephone conference to try to resolve the dispute that is the subject of these motions.  The parties have been unable to resolve the matters at this time.

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT BRENNTAG PACIFIC, INC.'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT
Page 1**

## II.  QUESTIONS TO BE DECIDED

1.      Should the Court recharacterize RTT's breach of contract and warranty claims as product liability claims under Oregon law and, if so, should the claims be dismissed on grounds that RTT's losses are purely economic?

2.      Do the Terms and Conditions included with Brenntag's Bills of Lading and invoices set forth the terms of the parties' contract for the purchase and sale of goods?

3.      Is the Limitations of Liability provision in the Terms and Conditions enforceable?

## III.  MOTIONS

Pursuant to Fed R Civ P 56(a), Brenntag respectfully moves this Court for partial summary judgment[1] in its favor on the grounds that there is no genuine issue of any material fact and Brenntag is entitled to judgment declaring that, as a matter of law:

(1)      RTT's claims against Brenntag are product liability claims and, because RTT seeks only economic damages, its claims are dismissed.

(2)      The Terms and Conditions apply to the parties' purchase and sale of goods, including sorbitol.

(3)      The Limitations of Liability clause contained in the Terms and Conditions is valid and enforceable.

///

///

///

///

///

///

---

[1] Partial summary judgment is requested because even if the Court disposes of all of RTT's claims against Brenntag, Brenntag's counterclaim against RTT remains.

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT BRENNTAG PACIFIC, INC.'S MOTIONS FOR
PARTIAL SUMMARY JUDGMENT
Page 2**

In support of its motions, Brenntag relies on the simultaneously filed Concise

Statement of Undisputed Material Facts, the Memorandum in Support of Brenntag's Motions

for Partial Summary Judgment, the Affidavit of Sam DeBellis, Jr., and the entire court file

herein.

DATED this 12th day of February, 2009.

BULLIVANT HOUSER BAILEY PC


BY /s/ Leta E. Gorman
    Leta E. Gorman
    OSB #984015
    Telephone: 503.228.6351
    Attorneys for Brenntag Pacific, Inc.

11111396.1

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT BRENNTAG PACIFIC, INC.'S MOTIONS FOR
PARTIAL SUMMARY JUDGMENT
Page 3**